No. 79–6714. HELTON v. MOORE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–6717. McCORMICK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6718. BIG DAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–6720. GAMINEE ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6721. SHEEHY ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–6722. CERBO v. FAUVER, CORRECTIONS COMMISSIONER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–6723. LONGORIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6725. SILVA v. NEW YORK STATE DEPARTMENT OF AGRICULTURE AND MARKETS ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–6726. CARTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6727. KULWIEC v. UNITED AIR LINES, INC. C. A. 2d Cir. Certiorari denied.

No. 79–6728. RODRIGUEZ v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 79–6729. WILLIAMS v. TALLAHASSEE MOTORS, INC. C. A. 5th Cir. Certiorari denied.

No. 79–6730. SCOTT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.